IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

      Plaintiff,                    No. CIV S-06-1391 FCD EFB P

      vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS AND
REHABILITATION, et al.,

      Defendants.               ORDER

      Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On December 13, 2006, plaintiff filed a first amended complaint. By order filed March 7, 2007, the court determined that plaintiff was attempting to enforce the terms of the stipulated injunction in *Coleman v. Schwarzenegger*, et al., Case No. CIV S-90-0520 LKK JFM P, dismissed plaintiff's first amended complaint for failure to state a claim upon which relief may be granted, and directed plaintiff to file an amended complaint limited only to his retaliation claims against defendants that he had failed to specifically identify. Plaintiff has filed a second amended complaint.

      Plaintiff's second amended complaint does not comply with the court's March 7, 2007, order. Plaintiff will be given one further opportunity to file an amended complaint that comports

1 with the court's March 7, 2007, order. Failure to do so will result in a recommendation that this
2 action be dismissed.
3     Accordingly, it is hereby ORDERED that plaintiff shall file an amended complaint that
4 complies with the court's March 7, 2007, order within thirty days. Failure to timely file an
5 amended complaint that complies with that order will result in a recommendation that this action
6 be dismissed.
7     So ordered.
8 Dated: December 3, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE