1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID W. WILSON,

11          Plaintiff,                    No. CIV S-06-1391 FCD EFB P

12          vs.

13   CALIFORNIA DEPARTMENT
     OF CORRECTIONS AND
14   REHABILITATION, et al.,

15          Defendants.                   FINDINGS AND RECOMMENDATIONS

16   _____/

17          Plaintiff is a prisoner without counsel prosecuting this civil rights action in forma

18   pauperis. *See* 42 U.S.C. § 1983; 28 U.S.C. § 1915(a).  The case was referred to the undersigned

19   by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

20          The court dismissed plaintiff's complaint and directed him to file an amended complaint

21   limited to his retaliation claims against the named defendants.  Order filed March 7, 2007.  On

22   December 26, 2007, plaintiff filed a third amended complaint which, together with exhibits,

23   totals 74 pages and is nonresponsive to the court's earlier order in that it is not limited to

24   plaintiff's retaliation claims.  Plaintiff's complaint fails to state a claim for relief.  To state a

25   claim under 42 U.S.C. § 1983, plaintiff must allege an identified defendant deprived plaintiff of a

26   right secured to him by the Constitution or laws of the United States while acting under color of

1

state law.  *West v. Atkins*, 487 U.S. 42, 48-49 (1988).

Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to state a claim.  *See* 28 U.S.C. § 1915A; *see also Lopez v. Smith*, 203 F.3d 1122, 1128 (9th Cir. 2000) (indigent prisoner proceeding without counsel must be given leave to file amended complaint unless the court can rule out any possibility that the plaintiff could state a claim).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 9, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE